IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-51226 |
| JOHN R. HARTMAN, III | § | |
|     DEBTORS | § | CHAPTER 13 |
| | § | |
| BANK OF AMERICA, N.A., ITS | § | |
| ASSIGNEES AND/OR SUCCESSORS | § | |
|     MOVANT | § | |
| | § | |
| VS. | § | |
| | § | |
| JOHN R. HARTMAN, III | § | |
|     DEBTORS | § | |
| AND MARY K. VIEGELAHN, TRUSTEE | § | |
|     RESPONDENTS | § | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## DUE TO FAILURE TO CURE DEFAULT

1. On December 6, 2016 an Agreed Order Modifying Automatic Stay was entered by the Court. The Debtor failed to comply with the terms of the Agreed Order. Movant has given any and all Notices required to be given by the Agreed Order.

2. In accordance with the Default Paragraph of the Agreed Order, the automatic stay is terminated with respect to BANK OF AMERICA, N.A., ITS ASSIGNEES AND/OR SUCCESSORS, in Interest on property described as:

> LOT 19, BLOCK 11, NEW CITY BLOCK 18890, GREEN SPRING VALLEY SUBDIVISION, UNIT 2, AN ADDITION TO THE CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN, VOLUME 7500, PAGE 207, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.
>
> Also known as: 15406 River Bend, San Antonio, TX 78247.

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP

*/s/ Yoshie Valadez*
Cole Patton, Esq. SBN 24037247
Sammy Hooda, Esq. SBN 24064032
Yoshie Valadez, Esq. SBN 24091142
Cheyenne Zokaie, Esq. SBN 24092003
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-16-16359
ATTORNEYS FOR SECURED CREDITOR

# CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served on the parties listed below by the United States Mail, first class postage prepaid or via electronic e-mail by the Clerk of Court on 2/16/2018:

By First Class Mail Postage Prepaid:

John R. Hartman, III
15406 River Bend
San Antonio, TX 78247

By CM/ECF:

COUNSEL FOR DEBTOR(S)
J. Todd Malaise
909 NE Loop 410
Suite 300
San Antonio, TX 78209

TRUSTEE
Mary K. Viegelahn
10500 Heritage Blvd
Suite 201
San Antonio, TX 78216


McCarthy & Holthus, LLP

 _/s/ Yoshie Valadez_
Yoshie Valadez
Atty file no.: TX-16-16359